UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARTHUR VILLANUEVA,<br>Defendant. | Case No. 18-cr-00346-JD-2<br><br>**ORDER TO SHOW CAUSE** |

Defendant's lawyer, Anthony Tall, did not appear at the pretrial conference noticed for today. The absence was unexcused. Defendant, who is out of custody, also did not appear, apparently because attorney Tall did not tell him about the conference date and time. Attorney Tall did not file any pretrial materials, including proposed jury instructions or voir dire, a proposed verdict form, motions in limine, or responses to the government's motions and other filings. As a result of these defaults, the jury trial set for February 3, 2020, has been vacated. This has unduly disrupted the Court's overall case management schedule, inflicted unnecessary costs and burdens on the United States Attorney's Office, and denied defendant his day in court.

The Court has serious concerns about attorney Tall's effectiveness as legal counsel for a defendant in a criminal case. Consequently, attorney Tall is directed to show cause why he should not be relieved of representation of defendant, and referred to the district's Standing Committee on Professional Conduct for professional discipline sanctions, including possible disbarment. He is directed to appear in person at an OSC hearing on February 5, 2020, at 10:30 a.m. in Courtroom 11 in the San Francisco courthouse.

**IT IS SO ORDERED.**

Dated: January 22, 2020

JAMES DONATO
United States District Judge